JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAR AZAWI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS MCDONOUGH,<br>Secretary of the Department of<br>Veterans Affairs,<br><br>　　　　　Defendant. | Case No. CV 18-744 MRW<br><br>JUDGMENT |

Judgment in this action is entered in favor of Defendant and against Plaintiff on the Third through Eighth Causes of Action in the Complaint. (Docket # 1.) The remaining claims under the Equal Pay Act are dismissed without leave to amend for lack of jurisdiction.

Date: November 23, 2022

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE